UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAIME PERALES FLORES,<br><br>        Plaintiff,<br><br>  vs.<br><br>ROBERT DASCHOFSKY,<br><br>        Defendant. | NO.  CV-06-5048-MWL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION |

Magistrate Judge Leavitt filed a Report and Recommendation on September 27, 2006, recommending Mr. Perales Flores's application to proceed *in forma pauperis* be denied and this action be dismissed as Plaintiff's allegations were legally frivolous.  *See O'Loughlin v. Doe*, 920 F.2d 614, 617 (9th Cir. 1990); *Tripati v. First Nat'l Bank & Trust,* 821 F.2d 1368, 1369-70 (9th Cir. 1987) ("A district court may deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit.").

Plaintiff initiated this action in the Western District of Washington, prior to his deportation to Mexico.  He is presently in Tijuana, Mexico, and is no longer incarcerated.  On October 18, 2006, the court received a faxed letter from Mr. Perales Flores, asking the

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION - 1

court to continue with his case due to his poverty and homelessness.

Plaintiff is advised the court will not consider documents sent via fax and will not respond via fax pursuant to the Court's Administrative Procedures for Electronic Case Filing, at pages 3, 17 and 18.  At this time, the court has reviewed the Report and Recommendation and Mr. Perales Flores's submissions.  For the reasons set forth below, **IT IS ORDERED** the Report and Recommendation (Ct. Rec. 12) is **ADOPTED in its entirety.**

In his complaint, Mr. Perales Flores claimed an employee of the Walla Walla County Sheriff's Department, Robert Daschofsky, "set up Imigration [sic] against me."  Plaintiff complains he was arrested in a hotel pursuant to an immigration warrant on an unspecified date.  He claims Defendant Daschofsky discriminated against Plaintiff and "committed fraud" when he allegedly informed Immigration he had seen Plaintiff on the streets.

Contrary to Plaintiff's assertions, however, there is no federal constitutional provision which precludes one law enforcement officer from informing another law enforcement agency of the presence of a suspected illegal alien.  Plaintiff's allegations have no basis in law or fact.  *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989).  Accordingly, **IT IS ORDERED** Plaintiff's request to proceed *in forma pauperis* under 28 U.S.C. § 1915 is **DENIED**.  **IT IS FURTHER ORDERED** This action is **DISMISSED as frivolous**.

///

///

///

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION – 2

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and close the file.

**DATED** this ___20th___ day of October, 2006.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION - 3